Danielle Morris (*admitted pro hac vice*)
dmorris@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

*Attorney for Defendant Bank of America, N.A.*

Kevin W. Tucker
ktucker@eastendtrialgroup.com
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220

*Attorneys for Plaintiff Patrick Swift*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK SWIFT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:25-cv-00491-DSC-KT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**WHEREAS**, on March 5, 2025, plaintiff Patrick Swift commenced this class action against Bank of America, N.A. in the Court of Common Pleas of Allegheny County, Pennsylvania;

**WHEREAS**, on April 8, 2025, Bank of America, N.A. removed the case to this Court;

**WHEREAS**, the parties to the above-captioned action have agreed that this action shall be dismissed with prejudice as to as to plaintiff's individual claims, and dismissed without prejudice as to the claims of the proposed issue class members; and

1

2

**NOW, THEREFORE, THE PARTIES HEREBY JOINTLY STIPULATE THAT:**

3

4

5

6

    1.  Plaintiff Patrick Swift's claims against Bank of America, N.A. in the above-captioned action be dismissed with prejudice as to plaintiff's individual claims and without prejudice as to the claims of the proposed issue class members; and

7

8

    2.  Each party shall bear its own attorneys' fees and costs, except as otherwise agreed to by the parties.

9

10

11

**O'MELVENY & MYERS LLP**        **EAST END TRIAL GROUP LLC**

12

13

By: */s/ Danielle Morris*        By: */s/ Kevin W. Tucker*

14

15

16

17

Danielle Morris        Kevin W. Tucker
610 Newport Center Dr.        6901 Lynn Way, Suite 215
Newport Beach, CA 92660        Pittsburgh, PA 15208
Tel. (949) 823-6900        Tel. (412) 877-5220
dmorris@omm.com        ktucker@eastendtrialgroup.com

18

19

20

*Counsel for Defendant Bank of America, N. A.*        *Counsel for Plaintiff Patrick Swift*

21

22

23

24

    **SO ORDERED:**        s/David Stewart Cercone
    Dated: June 18, 2025        David Stewart Cercone
        Senior U.S. District Court Judge

25

26

27

28

STIPULATION OF DISMISSAL
CASE NO. 2:25-CV-00491-DSC-KT